FILED
SEP 19 2016
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | CR 13-2040-2-LRR |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:16-CR-49-RLY-MPB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Benjamin Walker<br>Evansville, Indiana | Northern District of Iowa | Eastern - Waterloo |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Linda R. Reade, Chief U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 09/09/2016 — TO 09/08/2019 |

**OFFENSE**
Conspiracy to Distribute MDMA ("Molly")

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   NORTHERN   DISTRICT OF   IOWA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Indiana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 16, 2016
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   SOUTHERN   DISTRICT OF   INDIANA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*    *United States District Judge*