# United States Probation Office
Southern District of Indiana

# MEMORANDUM

**DATE:** September 19, 2016

**REPLY TO ATTN OF:** Andrea M. Hillgoth
U.S. Probation Officer

**SUBJECT:** **Benjamin Walker**
**1:13CR02040-2**
<u>Transfer of Jurisdiction</u>

**TO:** Laura A. Briggs
Clerk of Court

---

The above-referenced offender was sentenced in Northern District of Iowa and now resides in this district with the probability of not returning to the sentencing district. Therefore, this officer is requesting a judge be assigned for transfer of jurisdiction.

AMH/crr

Attachments

APPROVED BY:

_____
Dwight T. Wharton
Chief U.S. Probation Officer